UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONES SAGESSE,

    Plaintiff,

v.                                        Case No. 3:25cv1556-LC-HTC

SERGEANT TWIDDY, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 16, 2025 (ECF No. 5), recommending this case be dismissed without prejudice because Plaintiff failed to truthfully disclose his litigation history. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff failed to truthfully disclose his litigation history.

3. The clerk shall close the file.

**DONE AND ORDERED** this 17th day of October, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv1556-LC-HTC